IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:01CR284-2 |
| V. | ) | |
| JOSE GARCIA-GUZMAN, | ) | ORDER |
| Defendants. | ) | |

IT IS ORDERED that the defendant's motion for reconsideration (filing 114) is denied.

DATED this 17th day of August, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge